# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JARROD C. LAWSON,

               Petitioner

               v.

COURT OF COMMON PLEAS OF
CHESTER COUNTY,

               Respondent

: No. 12 MM 2020
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.